# EXHIBIT A

# NEW YORK STATE DEPARTMENT OF LABOR
# WARN UNIT

**Business Information**:

**Reason For Layoff**: Economic

**Company**:

Paramount Global
1515 Broadway
New York, NY 10036

**FEIN NUM**: 04-2949533
**Industry Type**: 71: Arts, Entertainment, and Recreation

**Contact**: Amy Dow, Executive Vice President
**Contact Phone**: (310) 752-8191

**Total Number of Affected Workers**: **1,168**
**Total Number of Employees**: **7,710**

**Layoff Start Date**: **The separation of an additional 349 employees will take place December 23, 2024 – December 31, 2024, bringing the total to 1,168 affected workers.**
**Layoff End Date**: February 14, 2025

**Impacted Sites:**

**Event Number:** 2023-0251
**Address:** 1515 Broadway, New York, NY 10036
**Number of Affected Employees at Site:** **1,031**
**Total Number of Employees at Site:** **4,265**
**Date of Notice:** February 13, 2024 - **295 employees notified on September 24, 2024**
**Region:** New York City
**County:** New York
**DOL Rapid Response Coordinator:** Scott Gallop
**Local Workforce Development Board Name**: NYC Mayor's Office of Talent and Workforce Development
**Union**: WGA

# NEW YORK STATE DEPARTMENT OF LABOR
# WARN UNIT

**Impacted Sites Continued:**

**Event Number:** 2023-0252
**Address:** 513 W. 57th Street, New York, NY 10019
**Number of Affected Employees at Site:** **9**
**Total Number of Employees at Site:** **228**
**Date of Notice:** February 13, 2024- **5 employees notified on September 24. 2024**
**Region:** New York City
**County:** New York
**DOL Rapid Response Coordinator:** Scott Gallop
**Local Workforce Development Board Name**: NYC Mayor's Office of Talent and Workforce Development
**Union**: IBEW Local 1212

**Event Number:** 2023-0253
**Address:** 518 W. 57th Street, New York, NY 10019
**Number of Affected Employees at Site:** **2**
**Total Number of Employees at Site:** **37**
**Date of Notice:** February 13, 2024 – **1 employee notified on September 24. 2024**
**Region:** New York City
**County:** New York
**DOL Rapid Response Coordinator:** Scott Gallop
**Local Workforce Development Board Name**: NYC Mayor's Office of Talent and Workforce Development
**The employees were not represented by a union.**

**Event Number:** 2023-0254
**Address:** 524 W. 57th Street, New York, NY 10019
**Number of Affected Employees at Site:** **57**
**Total Number of Employees at Site:** **1,736**
**Date of Notice:** February 13, 2024 - **33 employees notified on September 24. 2024**
**Region:** New York City
**County:** New York
**DOL Rapid Response Coordinator:** Scott Gallop
**Local Workforce Development Board Name**: NYC Mayor's Office of Talent and Workforce Development
**Union**: SAG-AFTRA, DGA, WGA, IBEW Local 1212

# NEW YORK STATE DEPARTMENT OF LABOR
# WARN UNIT

**Impacted Sites Continued:**

**Event Number:** 2023-0255
**Address:** 530 W. 57th Street, New York, NY 10019
**Number of Affected Employees at Site: 13**
**Total Number of Employees at Site: 539**
**Date of Notice:** February 13, 2024 – **5 employees notified on September 24. 2024**
**Region:** New York City
**County:** New York
**DOL Rapid Response Coordinator:** Scott Gallop
**Local Workforce Development Board Name**: NYC Mayor's Office of Talent and Workforce Development
**Union**: IBEW Local 1212

**Event Number:** 2023-0256
**Address:** 555 W. 57th Street, New York, NY 10019
**Number of Affected Employees at Site: 53**
**Total Number of Employees at Site: 665**
**Date of Notice:** February 13, 2024 – **4 employees notified on September 24. 2024**
**Region:** New York City
**County:** New York
**DOL Rapid Response Coordinator:** Scott Gallop
**Local Workforce Development Board Name**: NYC Mayor's Office of Talent and Workforce Development
**The employees were not represented by a union.**

**Event Number:** 2023-0342
**Address:** 51 W 52nd St, New York, NY 10019
**Number of Affected Employees at Site:** 2
**Total Number of Employees at Site:** 2
**Date of Notice:** February 13, 2024
**Region:** New York City
**County:** New York
**DOL Rapid Response Coordinator:** Scott Gallop
**Local Workforce Development Board Name**: NYC Mayor's Office of Talent and Workforce
**The employees were not represented by a union.**

# NEW YORK STATE DEPARTMENT OF LABOR
# WARN UNIT

**Impacted Sites Continued:**

**Event Number: 2024-0072**
**Address: 1697 Broadway, New York, NY 10019**
**Number of Affected Employees at Site: 1**
**Total Number of Employees at Site: 238**
**Date of Notice: September 24, 2024**
**Region: New York City**
**County: New York**
**DOL Rapid Response Coordinator: Scott Gallop**
**Local Workforce Development Board Name: NYC Mayor's Office of Talent and Workforce Development**
**The employees were not represented by a union.**