UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                      :

JULIAN HAGINS, *et al., individually and on behalf of others similarly situated*, :

                    Plaintiffs, :

                                         :      24-cv-7493 (VSB)

               -against- :

                                         :      **ORDER**

PARAMOUNT GLOBAL, *et al.*, :

                    Defendants. :

-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On October 31, 2024, Plaintiffs moved for a preliminary injunction and requested an evidentiary hearing. (Doc. 19.) It is hereby:

       ORDERED that the parties meet and confer about the remainder of the briefing schedule regarding the motion for preliminary injunction, and whether they believe an evidentiary hearing with witnesses will be necessary or oral argument. The parties must submit a letter by November 8, 2024, regarding the proposed briefing schedule, and the type of hearing the parties anticipate.

SO ORDERED.

Dated:    November 1, 2024
               New York, New York

                                                                      _____
                                                                    VERNON S. BRODERICK
                                                                    United States District Judge