

GOODLEY MCCARTHY LLC
One Liberty Place
1650 Market Street
Suite 3600
Philadelphia, Pa 19103
Tel: 215-394-0541
www.gmlaborlaw.com

James E. Goodley, Esq.
james@gmlaborlaw.com
*Licensed in PA, NJ, NY, MD, VA*

Ryan P. McCarthy, Esq.
ryan@gmlaborlaw.com
*Licensed in PA, NJ*

November 7, 2024

<u>**VIA CM/ECF**</u>
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York

   **Re:** *Hagins, et al. v. Paramount Global, et al.,* **Case No. 24-cv-7493-VSB**
      **Plaintiffs' Letter Pursuant to Order, ECF No. 22**

Dear Judge Broderick:

  Pursuant to the Court's November 1, 2024 Order, ECF No. 22, the Parties write to inform the Court that they have reached a resolution regarding Plaintiffs' Motion for Preliminary Injunction, which is reflected in the Joint Stipulation filed yesterday. See ECF No. 26. If approved by the Court, there will be no need for any further briefing or a hearing concerning this Motion, and the Motion will be withdrawn.

  Should the Court have any questions or concerns, counsel for the Parties will make themselves available for a conference.

            Sincerely,

            /s/ James E. Goodley
            JAMES E. GOODLEY
            RYAN P. McCARTHY

            *Counsel for Plaintiffs*